## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LISA ZAYAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWELL PERSONAL CARE CO., *et al.*, <br><br> Defendants. | Case No. 4:21-cv-00797-SRC <br><br> *Consolidated with*: <br> Case No. 4:21-cv-01057-SRC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Lisa Zayas, Catalina Ocampo, Deborah Jean, and Sebe Algofi ("Plaintiffs") hereby voluntarily dismiss the above-captioned action in its entirety, without prejudice, each party to bear its own costs and fees.

DATED: November 17, 2021                                  Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger (admitted *pro hac vice*)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Gary E. Mason (*pro hac vice* forthcoming)
David K. Lietz (*pro hac vice* forthcoming)
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

gmason@masonllp.com
dlietz@masonllp.com

Brandon M. Wise (MO # 67242)
**PEIFFER WOLF CARR**
**KANE & CONWAY, LLP**
818 Lafayette Avenue, Floor 2
St. Louis, MO 63104
Telephone: (314) 833-4825
bwise@peifferwolf.com

Kevin Laukaitis (*pro hac vice* forthcoming)
Jonathan Shub (*pro hac vice* forthcoming)
**SHUB LAW FIRM LLC**
134 Kings Highway E., 2nd Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

*Counsel for Plaintiffs Lisa Zayas, Cataline Ocampo, and Deborah Jean*

Tiffany M. Yiatras (MO # 58199997)
**CONSUMER PROTECTION**
**LEGAL, LLC**
308 Hutchinson Road
Ellisville, MO 63011-2029
Telephone: (314) 541-0317
tiffany@consumerprotectionlegal.com

Jonathan M. Jagher (admitted *pro hac vice*)
**FREED KANNER LONDON &**
**MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
jjagher@fklmlaw.com

William E. Hoese (*pro hac vice* forthcoming)
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

2

>whoese@kohnswift.com
>
>Katrina Carroll
>**CARLSON LYNCH**
>111 W. Washington Street, Suite 1240
>Chicago, IL 60602
>Telephone: (312) 750-1265
>kcarroll@carlsonlynch.com
>
>*Counsel for Plaintiff Sebe Algofi*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

>*/s/ Gary M. Klinger*
>Gary M. Klinger (admitted *pro hac vice*)